## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of January, two thousand and nineteen.

Before: Richard C. Wesley,
       Debra Ann Livingston,
       Susan L. Carney,
          *Circuit Judges.*

Expressions Hair Design, Linda Fiacco, The Brooklyn Farmacy & Soda Fountain, Inc, Peter Freeman, Bunda Starr Corp., Donna Pabst, Five Points Academy, Steve Milles, Patio.com LLC, David Ross,

    Plaintiffs - Appellees,

v.

Barbara D. Underwood, in his official capacity as Attorney General of the State of New York, Cyrus R. Vance, Jr., in his official capacity as District Attorney of New York County, Eric Gonzalez, in his official capacity as District Attorney of Kings County,

    Defendants - Appellants.

**ORDER**

Docket No. 13-4533(L), 13-4537(con)

The parties have filed a joint motion to vacate the judgment below, to remand the appeal with directions for the district court to dismiss the complaint with prejudice, and to dismiss the appeal as moot.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

